# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCE POINT CAPITAL, INC., <br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, et al.,<br><br>Defendants. | Case No.: 19-CV-0556 W (LL)<br><br>**ORDER:**<br><br>**(1) DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT [DOCS. 6, 7]; AND**<br><br>**(2) GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [DOC. 9]** |

On April 2, 2019, Defendants filed and served two motions to dismiss the Complaint. [Docs. 6, 7.] 20 days later, on April 22, 2019, Plaintiff filed a First Amended Complaint ("FAC"). [Doc. 8.]

A party may amend a complaint within 21 days of service of a responsive pleading. See Fed. R. Civ. P. 15(a)(1)(B). "It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled in part on other grounds by* Lacey v. Maricopa Cty., 693 F.3d 896, 928 (9th Cir. 2012)). Accordingly, when a

1

plaintiff timely amends, the original complaint ceases to exist, and any pending motions to dismiss it are moot. See id.

In light of the filing of the FAC, the Court **DENIES** Defendants' motions [Docs. 6, 7] as moot.

Subsequent to the filing of the FAC, parties filed a joint motion for an extension of time to respond to the FAC. [Doc. 9.] Good cause appearing, the joint motion is **GRANTED**. Defendants must respond to the FAC on or before **Thursday, May 16, 2019**.

**IT IS SO ORDERED.**

Dated: May 3, 2019

_____
Hon. Thomas J. Whelan
United States District Judge