1  POLSINELLI LLP
   JOHN PETERSON (SBN: 179343)
2  john.peterson@polsinelli.com
   401 Commerce Street, Suite 900
3  Nashville, TN 37219
   Telephone:  (615) 259-1510
4  Facsimile:   (615) 259-1573

5  Attorney for Defendants
   FIRST DATA CORPORATION AND FIRST DATA
6  MERCHANT SERVICES LLC

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  COMMERCE POINT CAPITAL, INC., a Nevada corporation registered as a foreign business entity in California, d/b/a/ Bank Transactions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA MERCHANT SERVICES LLC f/k/a FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation; WELLS FARGO BANK, N.A. a Delaware corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:19-cv-00556-BEN-LL <br><br> **DEFENDANTS FIRST DATA CORPORATION'S AND FIRST DATA MERCHANT SERVICES LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Filed Concurrently with (1) Memorandum of Points and Authorities in Support of Defendants First Data Corporation's and First Data Merchant Services LLC's Motion to Dismiss Plaintiff's Second Amended Complaint; (2) Defendant First Data Corporation's Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint; and (3) Memorandum of Points and Authorities in Support of Defendant First Data Corporation's Motion to Dismiss Plaintiff's Second Amended Complaint <br><br> **NO ORAL ARGUMENT PURSUANT TO CIVIL LOCAL RULE 7.1d(1)** <br><br> Date: July 15, 2019 <br> Judge: Thomas J. Whelan |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on July 15, 2019, or as soon thereafter as the
3  matter may be heard in Courtroom 3C of the above-entitled Court, located at
4  Edward J. Schwartz United States Courthouse at 221 West Broadway, San Diego,
5  CA 92101, Defendants First Data Corporation and First Data Merchant Services
6  LLC will request that this Court dismiss all of Plaintiff's claims pursuant to Fed. R.
7  Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

8  This Motion will be based upon this Notice, the accompanying
9  Memorandum of Points and Authorities and exhibits, and the Court's file.

10 Dated:  May 31, 2019                POLSINELLI LLP

12                                      By:  /s/ John W. Peterson
13                                           John W. Peterson

14                                      Attorney for Defendants
                                        FIRST DATA CORPORATION AND
15                                      FIRST DATA MERCHANT SERVICES
                                        LLC

2

DEFENDANTS FIRST DATA CORPORATION'S AND FIRST DATA MERCHANT
SERVICES LLC'S NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT
Case No. 3:19-cv-00556-BEN-LL

68879091.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2019, a copy of the foregoing document was served via the Court's Electronic Filing System pursuant to Local Rule 5.4 to the following:

> James C. Huber, Esq.
> Global Legal Law Firm
> 380 Stevens Ave., Suite 311
> Solana Beach, CA  92075
> jhuber@attorneygl.com

/s/ John W. Peterson
John W. Peterson